IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| D'Andre Alexander, | Case No.: 18-cv-1544-ECT-ECW |
| Plaintiff, | |
| v. | **MOTION TO EXCLUDE DR. NORMAN COHEN UNDER FED. R. EVID. 702 AND *DAUBERT*** |
| 1328 Uptown, Inc., d/b/a Bar Louie et al, | |
| Defendant. | |

Pursuant to Federal Rule of Evidence 702 and *Daubert*, Defendant 1328 Uptown, Inc., d/b/a Bar Louie et al hereby moves this Court for an Order to exclude the testimony of Dr. Norman Cohen from evidence.

This motion is based upon the aforementioned Rules, as well as a memorandum of law, affidavits, oral argument and all records and proceedings herein.

Dated: January 3, 2022

By:  */s/ Steven E. Tomsche*
Steven E. Tomsche, Esq. (#190561)
Kelly P. Magnus, Esq. (#0397569)
**TOMSCHE, SONNESYN, & TOMSCHE, P.A.**
1000 Shelard Pkwy, Suite 400
Minneapolis, MN  55426
T: (763) 521-4499
stomsche@tstlaw.com
kmagnus@tstlaw.com

*Attorneys for Defendant*
*1328 Uptown, Inc., d/b/a Bar Louie*