IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| D'Andre Alexander, | Case No.: 18-cv-1544-ECT-ECW |
| Plaintiff, | |
| v. | **LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE ON MOTION TO EXCLUDE DR. NORMAN COHEN UNDER FED. R. EVID. 702 AND *DAUBERT*** |
| 1328 Uptown, Inc., d/b/a Bar Louie et al, | |
| Defendant. | |

I, Steven E. Tomsche, certify that Defendants' Motion to Exclude Dr. Norman Cohen under Federal Rule of Evidence 702 and *Daubert* complies with Local Rule 7.1(f) and the Court's Fourth Amended Trial Notice and Final Pretrial Order.

I further certify that, in preparation of this memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotation in the following word count.

I further certify that the above-referenced memorandum of law contains 1628 words.

Dated: January 3, 2022

By: */s/ Steven E. Tomsche*_____
Steven E. Tomsche, Esq. (#190561)
Kelly P. Magnus, Esq. (#0397569)
**Tomsche, Sonnesyn, & Tomsche, P.A.**
1000 Shelard Pkwy, Suite 400
Minneapolis, MN  55426
T: (763) 521-4499
stomsche@tstlaw.com
kmagnus@tstlaw.com

*Attorneys for Defendant*
*1328 Uptown, Inc., d/b/a Bar Louie*